UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

ALBERT LEE GARRETT, JR.,

        Petitioner,               Case No. 1:20-cv-742

v.                                  Honorable Paul L. Maloney

KIM WORTHY,

        Respondent.
_____/

**ORDER**

In accordance with the opinion entered this day:

**IT IS ORDERED** that the Clerk shall revise the docket to identify this action as a habeas corpus petition under Nature of Suit Code 530.

**IT IS FURTHER ORDERED** that a certificate of appealability is **DENIED**.


Dated:  August 28, 2020                    /s/ Paul L. Maloney
                                                    Paul L. Maloney
                                                    United States District Judge