UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION
_____

ALBERT LEE GARRETT, JR.,

        Petitioner,               Case No. 1:20-cv-742

v.                                          Honorable Paul L. Maloney

KIM WORTHY,

        Respondent.
_____/

## JUDGMENT

In accordance with the opinion entered this day:

**IT IS ORDERED** that the petition for writ of habeas corpus is **DISMISSED WITHOUT PREJUDICE** under Rule 4 of the Rules Governing § 2254 Cases as duplicative and frivolous.

Dated:   August 28, 2020                     /s/ Paul L. Maloney
                                                                 Paul L. Maloney
                                                                 United States District Judge